**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JIMMY CHANGEUX,**<br><br>Plaintiff,<br><br>vs.<br><br>**FINANCIAL RECOVERY SERVICES, INC.,**<br><br>Defendant.<br>_____ | Case No. 3:14-cv-05164-SC<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Samuel Conti<br><br>**Current Date:** March 06, 2015<br><br>**Requested Date:** April 17, 2015 |

**IT IS HEREBY ORDERED THAT** the Initial Case Management Conference in this case is continued from March 06, 2015 to April 17, 2015.

Dated: 03/05/2015

By:

Honorable Judge Samuel Conti

- 1 -

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**