LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY CHANGEUX,** | ) Case No. 3:14-cv-05164-SC |
| | ) |
| Plaintiff(s) | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **FINANCIAL RECOVERY SERVICES, INC..** | ) |
| | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 9th day of April, 2015.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

1    Filed electronically on this 9th day of April, 2015, with:

2

3    United States District Court CM/ECF system

4    Notification sent electronically via the Court's ECF system to:

5
     Honorable Judge Samuel Conti
6    United States District Court
     Northern District of California
7

8    Issa Kalani Moe
9    Moss Barnett

10   This 9th day of April, 2015.

11

12   s/Todd M. Friedman
     Todd M. Friedman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28