# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY CHANGEUX,** | ) Case No. 3:14-cv-05164-SC |
| Plaintiff(s) | ) |
| | ) **ORDER** |
| vs. | ) |
| **FINANCIAL RECOVERY SERVICES, INC,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this __12__ day of June, 2015.

_____
The Honorable Samuel Conti